IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HYDROWORX INTERNATIONAL, INC., | )<br>)<br>)<br>) |
| Plaintiff(s), | ) |
| v. | ) |
| ECHELON FITNESS MULTIMEDIA, LLC, | ) Civil Action No. 1:25-cv-00689-JP |
| Defendant(s)/<br>Third-Party Plaintiff(s), | ) |
| v. | ) |
| , | ) |
| Third-Party Defendant(s). | ) |

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, PLAINTIFF (type of party), who is HYDROWORX INTERNATIONAL, INC., (name of party), makes the following disclosure:

1. Is the party a non-governmental corporate party?

    ☑ YES  ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

Alliance Holdings, Inc.

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

None

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

/s/David Haworth/
Signature of Counsel for Party

Date: 4/21/2025