UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :

# PETITION

I, **Benjamin N. Simler**, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

Office address: **Ballard Spahr LLP**
**1735 Market Street, 51st Floor**
**Philadelphia, PA 19103-7599**

Office Telephone: **215.665.8500**

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

**See attached list**

My attorney Identification number is: **PA 330134**

---

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____     Date: _____

x_____ SPECIAL ADMISSION: _[signature]_

GRANTED BY THE COURT _____     Date: 4/23/2025