UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :

## PETITION

I, **Goldie F. Fields**, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

Office address: **Ballard Spahr LLP**
**2029 Century Park East, Suite 1400**
**Los Angeles, CA 90067-2915**

Office Telephone: **(424) 204-4338**

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

**California Superior Court**

**California District Court**

My attorney Identification number is: **CA 351731**

---

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

__x__ SPECIAL ADMISSION:

GRANTED BY THE COURT _/s/ J.P. W_____   Date: 4/28/2025