# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HYDROWORX INTERNATIONAL, INC., | : | Civil No. 1:25-CV-00689 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ECHELON FITNESS MULTIMEDIA, LLC., | : | |
| | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## CASE MANAGEMENT CONFERENCE SCHEDULING ORDER

**AND NOW**, on this 3rd day of June, 2025, **IT IS ORDERED THAT:**

**1.     Case Management Conference.**  The initial case management conference pursuant to Federal Rule of Civil Procedure 16 will be conducted via telephone by the court on **August 13, 2025, at 11:00 a.m.**[1]  The parties shall call-in to the conference calling number 717-638-8977, using the phone conference ID 432 592 125#.  The primary purpose of this conference will be to establish case management deadlines.  Participation in this conference by counsel and by self-represented parties is <u>mandatory</u>.  Any counsel of record may participate in this conference call.  Counsel representing non-governmental corporate entities are reminded to comply with Federal Rule of Civil Procedure 7.1.

---

[1] Counsel should be aware that this is a conference calling number that is utilized for multiple calls scheduled in ten- or fifteen-minute intervals.  If you dial in and another call is in progress, please wait until the courtroom deputy announces your case.  The courtroom deputy is aware when a new caller joins the conference.  You should follow the same etiquette expected when you enter a courtroom and a proceeding is in progress.  When your case is called, state your name and client.  Be advised that court staff are monitoring the conference at all times.

**2.      Case Management Plans.**  At least **five business days** before the conference, counsel shall file their written joint case management plan with the court via CM/ECF.

**3.      Pre-Case Management Conference.**  As required by Local Rule 16.3(a), counsel shall confer and prepare for submission to the court a joint case management plan on the form attached to the Local Rules and designated "Appendix A." Counsel should also be conversant with the district's "Expense and Delay Reduction Plan," adopted on August 19, 1993, as required by the Civil Justice Reform Act of 1990.

**4.      Court Calendar.**  The parties and counsel are directed to the court's calendar, which is attached to this order, for the purpose of selecting dates and deadlines to propose in the joint case management plan.  The dates and deadlines listed on the court calendar correlate with each trial list, and must be utilized accordingly.  Counsel shall select an appropriate trial list for the case, and then propose the dates and deadlines that correspond with that trial list.[2]

**5.      United States Magistrate Judge.**  If the parties consent for a United States Magistrate Judge to conduct all subsequent proceedings in this case and enter a

---

[2] Counsel are advised that in certain complex cases expert reports may be necessary prior to the dispositive motions deadline. In such cases, the expert discovery deadlines may precede the dispositive motions deadline. All deadlines other than those related to expert witnesses shall correspond with the trial list chosen by the parties.

final judgment, they shall note the same in the joint case management plan. The conference before this judge will be canceled and the United States Magistrate Judge will reschedule the conference upon notification of the case assignment.

**6.     Case Management Order.**  At the conclusion of the case management conference, any oral agreements reached by counsel and any oral orders or other additional directions issued by the court will be reduced to writing in a case management order.

s/Jennifer P. Wilson  
JENNIFER P. WILSON  
United States District Judge  
 Middle District of Pennsylvania