IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HYDROWORX INTERNATIONAL, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> ECHELON FITNESS MULTIMEDIA, LLC, <br><br> *Defendant*. | Civil Action No. 1:25-cv-00689-JPW <br><br> *Electronically Filed* |

## ORDER ON CONSENT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Upon review of the Consent Motion to Extend Time to Respond to Complaint ("Motion"), it is hereby ORDERED that the Motion is GRANTED, and that Defendant Echelon Fitness Multimedia, LLC shall have until June 24, 2025 to respond to the Complaint (Docket No. 1). It is further ORDERED that Defendant Echelon Fitness Multimedia, LLC shall not in later argue that HydroWorx's consent to this extension forfeits, waives, impairs, or otherwise affects any of HydroWorx's rights, including with respect to HydroWorx's right to preliminary or permanent injunctive relief.

DATED: June 12, 2025    s/Jennifer P. Wilson
                        Honorable Jennifer P. Wilson