# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HYDROWORX INTERNATIONAL, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> ECHELON FITNESS MULTIMEDIA, LLC, <br><br> *Defendant*. | Civil Action No. 1:25-cv-00689-JPW <br><br> *Electronically Filed* |

## CORRECTED CERTIFICATE OF SERVICE FOR MOTION FOR ENTRY OF DEFAULT

I hereby certify that, on this date, a true and correct copy of the Motion For Entry of Default, Declaration of Benjamin N. Simler in support of Motion For Entry of Default, and Proposed Order (Docket No. 20) were filed electronically on the Court's ECF system and served upon the following via US Mail (first class postage prepaid) and E-mail:

Echelon Fitness Multimedia, LLC
Attn: General Counsel
605 Chestnut Street, Suite 600
Chattanooga, TN 37450

Tom Gautreaux (tgautreaux@gkhpc.com)

DATED: June 25, 2025

/s/Benjamin N. Simler
Benjamin N. Simler