# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Hydroworx International, Inc.** | : CIVIL ACTION NO. 1:24-cv-01902 |
| **Plaintiff,** | : Judge Wilson |
| v. | : |
| **Echelon Fitness Multimedia, LLC** | : |
| **Defendant.** | : |

## ENTRY OF DEFAULT

Default is hereby entered against defendants, **Echelon Fitness Multimedia, LLC** for failure to file an answer and/or otherwise plead, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Peter J. Welsh, Clerk of Court
by: *s/ Lisa Lombardi*
Deputy Clerk

Dated: 6/25/2025