IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HYDROWORX INTERNATIONAL, INC., | : | Civil No. 1:25-CV-00689 |
| Plaintiff, | : | |
| v. | : | |
| ECHELON FITNESS MULTIMEDIA, LLC, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

# ORDER

**AND NOW,** on this 5th day of November, 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) Defendant's motion to aside the Clerk of Court's entry of default, Doc. 23, is **GRANTED**.

2) The entry of default, Doc. 22, is **SET ASIDE**.

3) Defendant shall file a responsive pleading within **21 days** of this order.

<u>s/Jennifer P. Wilson</u>
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania